UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action

Alexander Hallums
Petitioner

v.

Collette M. Gogeon
Respondent

### MOTION TO HOLD HABEAS CORPUS PETITION IN ABEYANCE

Now comes the Petitioner in the above entitled matter respectfully moves this Honorable Court to stay the proceeding in this matter and hold his Habeas Corpus petition filed under 28 U.S.C. 2254 in abeyance. As grounds therefore, the Defendant states that he intends to file in the State Court a Motion for a New Trial, pursuant to M.R.C.P. 30(b), in which he intends to raise additional issues.

Wherefore, for the foregoing reasons, this Honorable Court should issue an order staying these proceedings, to allow Petitioner an opportunity to exhaust the aforesaid issues and allow to amend his habeas petition to include the same.

Respectfully Submitted,

Alexander Hallums
P.O. Box 466
Gardner, MA 01440
W104166

*Motion denied.* NMGorton, USDJ 12/21/16